In re Livingston Parish Sheriff et al.; Graves, Willie; Livingston City of; Scottsdale Insurance Company;—Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Livingston, 21st Judicial District Court Div. B, No. 88063; to the Court of Appeal, First Circuit, No. 2002 CW 1893.
Denied.
CALOGERO, C.J., would grant and remand to court of appeal for consideration. See Kosmitis v. Bailey, 96-1573 (La.10/4/96), 680 So.2d 1167; Barnard v. Barnard, 96-0859 (La.6/24/96), 675 So.2d 734.
KNOLL, J., would grant and remand to court of appeal for consideration. See Kosmitis v. Bailey, 96-1573 (La.10/4/96), 680 So.2d 1167; Barnard v. Barnard, 96-0859 (La.6/24/96), 675 So.2d 734.
WEIMER, J., would grant and remand to court of appeal for consideration. See Kosmitis v. Bailey, 96-1573 (La.10/4/96), 680 So.2d 1167; Barnard v. Barnard, 96-0859 (La.6/24/96), 675 So.2d 734.